AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| JENNELL O'FAY,<br>    Plaintiff,<br><br>v.<br><br>SESSOMS & ROGERS, P.A.,<br>UNIFUND CCR PARTNERS,<br>PEDRO ZABALA II, and DONNA PRIMROSE,<br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:08-CV-615-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the court GRANTS IN PART and DISMISSES IN PART defendants' motion for partial summary judgment [D.E. 40]. Specifically, the court GRANTS defendants' motion for summary judgment as to plaintiff's 15 U.S.C. 1692e(10) claim, but DISMISSES without prejudice defendants' motion for summary judgment on their counterclaim. The court also GRANTS in part plaintiff's motion for attorney's fees and costs [D.E. 50] and orders Unifund to pay plaintiff $6,382.50 in attorney's fees and $350.00 in costs.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **AUGUST 25, 2010** WITH A COPY TO:

Angela Orso Martin (via CM/ECF Notice of Electronic Filing)
Mary Catherine Crowell Pavur (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| <u>August 25, 2010</u><br>Date | DENNIS P. IAVARONE, Clerk<br>Eastern District of North Carolina<br><br><u>/s/ Debby Sawyer</u><br>(By) Deputy Clerk |
| <u>      </u><br>Raleigh, North Carolina | |